**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America**

    **v.**　　　　　　　　　　　　　　　**2:21-cr-188**

**Alvaro Luis Miranda Acosta**

### ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 22) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Counts 1, 2, and 3 of the information, and he is hereby adjudged guilty on those counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: December 29, 2021　　　　　　　s\James L. Graham
　　　　　　　　　　　　　　　　　　　James L. Graham
　　　　　　　　　　　　　　　　　　　United States District Judge